**Dismiss and Opinion Filed June 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00176-CV

**CAROL GILBERT, Appellant**
**V.**
**MONTEREY VILLAGE APTS., Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. cc-14-00454-E**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lang-Miers
Opinion by Justice Francis

The clerk's record in this case is overdue. By letter dated March 31, 2014, we informed appellant that the County Clerk had notified the Court that the clerk's record had not been filed because appellant had not paid or made arrangements to pay for the clerk's record. We directed appellant to file written verification that she had paid or made arrangements to pay for the clerk's record or had been found entitled to proceed without payment of costs. We cautioned appellant that if she did not file the required documentation within ten days, we might dismiss the appeal without further notice.

On April 8, 2014, our correspondence was returned with the notation "RETURN TO SENDER, ATTEMPTED - NOT KNOWN, UNABLE TO FORWARD." Appellant has not provided another address nor has she contacted the Court. Because we are unable to contact her

and she has not provided the required documentation or otherwise corresponded with the Court regarding the status of the clerk's record, we **DISMISS** this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


140176F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CAROL GILBERT, Appellant

No. 05-14-00176-CV        V.

MONTEREY VILLAGE APTS., Appellee

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-14-00454-E.
Opinion delivered by Justice Francis,
Justices Bridges and Lang-Miers
participating.

In accordance with this Court's opinion of this date, we **DISMISS** this appeal for want of prosecution.

We **ORDER** that appellant CAROL GILBERT pay the costs, if any, of this appeal.

Judgment entered June 30, 2014